TRINETTE G. KENT (State Bar No. 025180)
11811 North Tatum Blvd., Suite 3031
Phoenix, Arizona 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
tkent@lemberglaw.com

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiffs,
Cynthia and William Will

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cynthia and William Will,<br><br>Plaintiffs,<br><br>vs.<br><br>Hameroff Law Group; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:13-cv-01487-DGC<br><br>**PLAINTIFFS' NOTICE OF DISMISSAL WITH PREJUDICE** |

Plaintiffs, Cynthia and William Will, by and through undersigned counsel,

hereby withdraw the complaint and voluntarily dismiss this action, with prejudice,

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

1  Dated: September 24, 2013

2                                        Respectfully submitted,

3

4                                        By:   /s/*Trinette G. Kent*
                                         Trinette G. Kent, Esq.
5

6
                                         *Of Counsel To:*
7

8                                        LEMBERG & ASSOCIATES L.L.C.
                                         Attorneys for Plaintiffs
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2:13-cv-01487-DGC                                        NOTICE OF DISMISSAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2013, a true and correct copy of the foregoing Plaintiffs' Notice of Dismissal with Prejudice was filed electronically with the U.S. District Court for the District of Arizona and is available on ECF.


By /s/ *Olga Voytovych*
Paralegal to Trinette G. Kent

3